LAW OFFICES
OF
BRUNO C. BIER, ESQ.

38 West 32nd Street, Suite 1603
New York, New York 10001
Tel: (212) 481-4900
Fax: (212) 481-9227

August 3, 2007

Lokesh Bhat
112-B Beverly Hills Terrace
Woodbridge, NJ 07095-4040

      Re:  United States v. Lokesh Bhat – 07-cr-348 (RPP)

Dear Mr. Bhat:

  I am writing this letter to inform you that your continued failure to show up for appointments at my office and to return my phone calls is seriously affecting my ability to represent you in this case.

  After you failed to appear for your appointment at my office on July 23, 2007, I was able to reach you by telephone after many attempts on July 25, 2007, and we made an appointment for July 27, 2007. You failed to appear on July 27, 2007 for the appointment, and I have not been able to reach you by telephone since that time, and you have not called my office despite a number of messages I have left at your home number. I believe there has been a serious breakdown in communication between us. There are a number of matters, which I must discuss with you. I cannot effectively represent you if you continue to avoid any communications with me.

  If you do not contact me after receiving this letter, I will be forced to ask the Court to relieve me from representing you.

            Sincerely,

            Bruno C. Bier, Esq.