

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

August 8, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **862693053291**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 112B BEVHILLS TERR 07095 |
| **Signed for by:** | Signature release on file | **Delivery date:** | Aug 8, 2007 11:56 |
| **Service type:** | Standard Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 862693053291 | **Ship date:** | Aug 3, 2007 |

**Recipient:**
LOKESH BHAT
-
112-B BEVERLY HILLS TER
07095 US

**Shipper:**
BRUND BIER
P SHARMA & ASSOCIATES
38 W 32ND ST STE 1603
100013874 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339