**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
                                                           :
UNITED STATES of AMERICA                                   :
                                                           :
                                                           :
-against-                                                  :
                                                           :          07-cr-348 (RPP)
                                                           :
LOKESH BHAT, et al.                                        :          **ORDER**
                                                           :
                                                           :
                                                           :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X

Upon the attached affirmation of Bruno C. Bier, Esq., dated August 10, 2007, with attached exhibits, and upon all prior pleadings and proceedings, and sufficient cause having been alleged therefore,

IT IS HEREBY ORDERED that defendant Lokesh Bhat show cause before this Court at the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 24A, on the _____ day of _____, 2007, at _____ forenoon/afternoon, or as soon thereafter as counsel may be heard, why an Order should not be made and entered permitting Bruno C. Bier, Esq. to withdraw as counsel of record for defendant Lokesh Bhat on the ground of a breakdown in communication between the client and his attorney, and granting such further relief as the Court deems just and proper, and it is further;

ORDERED that pending hearing of this motion, all proceedings in this action are stayed, and that service of a copy of this Order together with a copy of the papers upon which it is granted

upon defendant Lokesh Bhatt by first class mail and upon counsel for all parties by first class mail,

on or before _____, shall be deemed good and sufficient.

ENTERED this _____ day of _____, 2007.


_____
United States District Judge