CERTIFICATE OF SERVICE

      I hereby certify that the foregoing ATTORNEY AFFIRMATION IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD, EXHIBITS and ORDER TO SHOW CAUSE in the case of United States v. Lokesh Bhat 07-cr-348 (RPP) were served by Federal Express overnight delivery to the following individual:

    Lokesh Bhatt
    112-B Beverly Hills Terrace
    Woodbridge, NJ 07095-4040

and by Electronic Court Filing (ECF) on the following individual:

    AUSA Sharon E. Frase
    United States Attorney
    Southern District of New York
    One Saint Andrew's Plaza
    New York, New York 10007

on this 10th day of August, 2007.

                                                    /s/ Bruno C. Bier
                                                  Bruno C. Bier, Esq.
                                                  BB-1633

                                                  38 West 32nd Street, Suite 1603
                                                  New York, New York 10001
                                                  T: (212) 481-4900
                                                  F: (212) 481-9227
                                                  bruno_bier@yahoo.com