**DANIEL NOBEL**
Attorney at Law

TEL #: (212) 219 2870
FAX #: (212) 219-9255
E-MAIL: dannobelesq@aol.com

401 Broadway, 25th Floor
New York, NY 10013

MEMO ENDORSED

MAR 31 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

March 28, 2008

Honorable Robert P. Patterson, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By fax

Re: United States v. Lokesh Bhat
    S2 07 Cr. 348 (RPP)

Dear Judge Patterson:

The sentence in the above captioned matter is currently scheduled for Tuesday, April 1, 2008. I have been engaged as part of the defense team in a long running trial in the Eastern District at the Central Islip Courthouse before the Honorable Denis R. Hurley. The case will be submitted to the jury on Monday, March 31. As a consequence I will be unavailable on the scheduled sentencing date. Furthermore, because of my commitments to the trial case I have not yet prepared my sentencing submission in this case. I request an adjournment of the sentencing until Friday, April 25, 2008, at 10:00 a.m. I have spoken with AUSA Frase, and she does not object to the granting of this application. Mr. Monteagudo has confirmed the availability of the date and time I am requesting.

I also request leave to order the transcript of the testimony from the trial of Mr. Srinivas Kasi pursuant to my CJA appointment. That testimony is relevant to issues I intend to raise at the sentencing of Mr. Bhat.

Respectfully submitted,

Daniel Nobel

*So ordered*
*Robert P. Patterson*
*RPP*
*3/31/08*

cc: AUSA Sharon E. Frase
    (by e-mail attachment)