**DANIEL NOBEL**
Attorney at Law

TEL #: (212) 219 2870
FAX #: (212) 219-9255
E-MAIL: dannobeleq@aol.com



401 Broadway, 25th Floor
New York, NY 10013

## MEMO ENDORSED

April 23, 2008

Honorable Robert P. Patterson, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

By fax

Re: <u>United States v. Lokesh Bhat</u>
S2 07 Cr. 348 (RPP)

Dear Judge Patterson:

    I request a second, and hopefully final, adjournment of the sentencing in this matter. The Eastern District case in which I have been involved since the end of October at the Central Islip Courthouse before the Honorable Denis R. Hurley has yet to be concluded, even though it was submitted to the jury on Monday, March 31. The deliberations have not only been lengthy, but also demanding. My attention to other matters has also been affected by the fact that I have been spending most of my time on Eastern Long Island during this trial. As a result I have fallen behind on some pending matters, including this case. I have spoken with AUSA Frase, and she does not object to the granting an adjournment of two weeks for this sentence so that I can more completely prepare a sentencing submission in behalf of Mr. Bhat. AUSA Frase and I were unable to reach Mr. Monteagudo due to his well deserved vacation. I would be available at any time on May 9, 2008.

Respectfully submitted,

Daniel Nobel

*Application granted.*
*Sentencing adjourned to*
*5/9/08 at 2 PM*
*So ordered*
*Robt Patterson RWP*
*4/23/08*

cc: AUSA Sharon E. Frase
(by e-mail attachment)