♦AO 245B  (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| LOKESH BHAT | |

Case Number: S2 1:07CR00348-02(RPP)

USM Number: 59900-054

__DANIEL NOBEL, ESQ.__
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)   __1.__

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| T18 USC 371 | Conspiracy to Commit Food Stamp Fraud | 4/12/07 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

x Count(s)     __2 & 3__     is   xx   are   dismissed on the motion of the United States.
x Underlying   Indictment    xx is        are   dismissed on the motion of the United States.
☐ Motion(s)   _____        ☐ is        ☐ are   denied as moot.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment
5/9/08

_[signature]_
Signature of Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

Name and Title of Judge

5/14/08
Date

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
         Sheet 4—Probation

Judgment—Page __2__ of __5__

**DEFENDANT:** LOKESH BHAT
**CASE NUMBER:** S2 1:07CR00348-02(RPP)

## PROBATION

The defendant is hereby sentenced to probation for a term of :   FIVE YEARS.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

X   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **LOKESH BHAT**
CASE NUMBER: **S2 1:07CR00348-02(RPP)**

## SPECIAL CONDITIONS OF SUPERVISION

**Mandatory conditions of Probation imposed along with the following special conditions:**

-The defendant shall provide the probation officer with access to any requested financial information.

-The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

-The defendant is to attend anger management course during period of probation.

-The defendant is to serve the first six months of probation under home confinement. Home Confinement is not to interfere with employment, attendance at religious services or medical appointment.

- The defendant is to perform 200 hours of community service in the year following home confinement with an organization approved by the Probation Department.

-As the USDA FNS has suffered injury compensable under the Victim and Witness Protection Act in the amount of $973,565.00, the defendant shall make restitution in that amount to the USDC-SDNY, 500 Pearl Street, NY NY 10007, Attn: Cashier's Office, to be disbursed to the USDA FNS HQ, P.O. Box 979027, St. Louis, MO 63197-9000, except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injury. Restitution shall be paid in monthly installments of at least $200.00 per month over a period of supervision to commence 30 days after the date of the judgment.

-The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address while any portion of the restitution remains unpaid

Judgment — Page __4__ of __5__

DEFENDANT: **LOKESH BHAT**
CASE NUMBER: **S2 1:07CR00348-02(RPP)**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ 973,565.00 |

☐ The determination of restitution is deferred _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, uuless specified otherwise in the priority order or pereentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| U.S. District Court-SDNY<br>500 Pearl Street<br>NY NY 10007<br>Attn: Cashier's Office<br>to be disbursed to the<br>USDA FNS HQ.<br>P.O. Box 979027<br>St. Louis, MO 63197-9000 | $973,565.00 | $973,565.00 | |
| TOTALS | $ $973,565.00 | $ $973,565.00 | |

☐ Restitution amount ordered pursuant to plea _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinqueney and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for    ☐ fine   ☐ restitutiou.

   ☐ the interest requirement for    ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
         Sheet 6 — Schedule of Payments

|  |  |
|---|---|
| DEFENDANT: LOKESH BHAT | Judgment — Page 5 of 5 |
| CASE NUMBER: S2 1:07CR00348-02(RPP) |  |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☐  Lump sum payment of $ $100.00 due immediately, balance due

      ☐  not later than _____, or
      ☐  in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐  Payment to begin immediately (may be combined   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;

F  x  Special instructions regarding the payment of criminal monetary penalties:

    As the USDA FNS has suffered injury compensable under the Victim and Witness Protection Act in the amount of $973,565.00, the defendant shall make restitution in that amount to the USDC-SDNY, 500 Pearl Street, NY NY 10007, Attn: Cashier's Office, to be disbursed to the USDA FNS HQ, P.O. Box 979027, St. Louis, MO 63197-9000, except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injury. Restitution shall be paid in monthly installments of at least $200.00 per month over a period of supervision to commence 30 days after the date of the judgment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

x  The defendant shall forfeit the defendant's interest in the following property to the United States:
    $973,565.00.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.